IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:20-CR-00099-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARQUIS LAMAR MCDUFFIE,

    Defendant.

ORDER

This matter comes before the court on Defendant's First Motion to Extend Deadline to File Compassionate Release Memo [DE 51]. For good cause shown, the motion is GRANTED. Defendant shall file a memorandum in support of his motion for compassionate release on or before October 4, 2023.

SO ORDERED this 1st day of September, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE