IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:20-CR-00099-M

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | ORDER |
| v. | ) |  |
|  | ) |  |
| MARQUIS LAMAR MCDUFFIE, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

This matter comes before the court on the Defendant's "Motion to Seal (DE 53)" [DE 54]. Defendant requests simply that the proposed document be sealed, but he gives no reason nor explanation for his request. Also, in contravention of this court's practice preferences, Defendant fails to inform the court of the United States' position on his motion. Accordingly, the motion is DENIED WITHOUT PREJUDICE. The Clerk of the Court shall maintain the document at DE 53 under seal until October 16, 2023, to provide the Defendant an opportunity to re-file his motion in accordance with this order and all applicable rules.

SO ORDERED this __2d__ day of October, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE