IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:20-CR-00099-M

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| | ) ORDER |
| v. | ) ) |
| MARQUIS LAMAR MCDUFFIE, | ) ) |
| Defendant. | ) |

These matters come before the court on the United States' unopposed Motion for Leave to File Government's Response in Opposition to Defendant's Motion for Compassionate Release Out of Time [DE 66] and unopposed Motion to Seal [DE 64]. The government seeks an extension of one day in which to file a corrected response brief. For good cause shown, the motion to file out of time is GRANTED. The court will accept as filed the United States' response to the pending motion for compassionate release at DE 65.

In addition, pursuant to Fed. R. Crim. P. 49.1(d) and Local Criminal Rule 55.2, and based on information set forth in the proposed sealed document, the motion to seal is GRANTED. The Clerk of the Court shall maintain under seal the documents at DE 63 and 65 until further order of the court.

SO ORDERED this 27th day of October, 2023.

Richard E. Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE